**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: A.D., A MINOR : No. 420 MAL 2023
PETITION OF: A.K., MOTHER :
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

IN THE INTEREST OF: D.D., A MINOR : No. 421 MAL 2023
PETITION OF: A.K., MOTHER :
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2023, the Petition for Allowance of Appeal is

**DENIED**.